# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                              §
                                                    §
DOBY, MARGARET GAIL                                 §          Case No. 13-17598 MER
                                                    §
                        Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
        .   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

                        Funds were disbursed in the following amounts:

                        Payments made under an interim
                        disbursement
                        Administrative expenses
                        Bank service fees
                        Other payments to creditors
                        Non-estate funds paid to 3rd Parties
                        Exemptions paid to the debtor
                        Other payments to the debtor

                        Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH G. ROSANIA _____
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 13-17598 | MER | Judge: Michael E. Romero |
|---|---|---|---|

Case Name: DOBY, MARGARET GAIL

For Period Ending: 10/17/13

Trustee Name: JOSEPH G. ROSANIA

Date Filed (f) or Converted (c): 05/06/13 (f)

341(a) Meeting Date: 06/10/13

Claims Bar Date: 09/30/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CASH | 10.00 | 2.50 | | 0.00 | FA |
| 2. Bank of the West Checking | 95.47 | 21.28 | | 0.00 | FA |
| 3. Bank of the West Savings | 92.77 | 23.24 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,987.50 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS (u) | 1,277.50 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 1,450.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 8,250.00 | 6,250.00 | | 5,000.00 | FA |
|    1 string of pearls, fur coat, 2 diamond rings, 1 ruby ring. | | | | | |
| 8. ETrade IRA | 162,606.15 | 0.00 | | 0.00 | FA |
| 9. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
|    99% interest in Design Success University, LLC , 100% Interest in<br>   Interior Design Summit, LLC | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $176,769.39   $6,297.02   $5,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1

Ver: 17.03a

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-17598 -MER |
| Case Name: | DOBY, MARGARET GAIL |

| Taxpayer ID No: | *******8278 |
| For Period Ending: | 10/17/13 |

| Trustee Name: | JOSEPH G. ROSANIA |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******3104  Checking |
| Blanket Bond (per case limit): | $ 84,384,262.00 |
| Separate Bond (if applicable): | |

**Exhibit B**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/13 | 7 | HARRY G. DOBY | PAYMENT | 1129-000 | 5,000.00 | | 5,000.00 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 5,000.00 | 30.00 | 4,970.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 5,000.00 | 30.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 5,000.00 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - *******3104 | 5,000.00 | 30.00 | 4,970.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 30.00 | 4,970.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 5,000.00 | 30.00 |
|---|---|---|

Ver: 17.03a

LFORM24

| Page 1 | | Exhibit C ANALYSIS OF CLAIMS REGISTER | | | | Date: October 17, 2013 |

Case Number:  13-17598
Debtor Name:  DOBY, MARGARET GAIL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 040 5800-00 | Colorado Department of Revenue 1375 Sherman St. Rm 504 Denver, CO 80261-0004 | Priority | | $3.00 | $0.00 | $3.00 |
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $9,065.49 | $0.00 | $9,065.49 |
| 000002 070 7100-00 | Colorado Department of Revenue 1375 Sherman St. Rm 504 Denver, CO 80261-0004 | Unsecured | | $91.00 | $0.00 | $91.00 |
| 000003 070 7100-00 | Compass Bank P.O. Box 201347 Arlington, TX 76006 | Unsecured | | $12,136.94 | $0.00 | $12,136.94 |
| 000004 070 7100-00 | Compass Bank P.O. Box 201347 Arlington, TX 76006 | Unsecured | | $46,935.46 | $0.00 | $46,935.46 |
| 000005 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $2,349.89 | $0.00 | $2,349.89 |
| 000006 070 7100-00 | Wells Fargo Bank, N.A. MAC-4101-08C Business Direct Division P.O. Box 29482 Phoenix, AZ 85038-8650 | Unsecured | | $80,509.65 | $0.00 | $80,509.65 |
| 000007 070 7100-00 | Wells Fargo Bank, N.A. MAC-4101-08C Business Direct Division P.O. Box 29482 Phoenix, AZ 85038-8650 | Unsecured | | $4,164.58 | $0.00 | $4,164.58 |
| 000008 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $11,979.38 | $0.00 | $11,979.38 |
| 000009 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $7,604.37 | $0.00 | $7,604.37 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $14,130.27 | $0.00 | $14,130.27 |
| | Case Totals: | | | $188,970.03 | $0.00 | $188,970.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-17598 MER
Case Name: DOBY, MARGARET GAIL
Trustee Name: JOSEPH G. ROSANIA

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH G. ROSANIA | $ | $ | $ |
| Trustee Expenses: JOSEPH G. ROSANIA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Colorado Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                                $_____

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Colorado Department of Revenue | $ | $ | $ |
| 000003 | Compass Bank | $ | $ | $ |
| 000004 | Compass Bank | $ | $ | $ |
| 000005 | Discover Bank | $ | $ | $ |
| 000006 | Wells Fargo Bank, N.A. | $ | $ | $ |
| 000007 | Wells Fargo Bank, N.A. | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |
| 000009 | American Express Bank, FSB | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE